# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141473-4(51)

NATIONAL GENERAL INSURANCE
COMPANY,
        Plaintiff-Appellee,

v

HOME-OWNERS INSURANCE COMPANY,
        Defendant-Appellant,

and

JOHN BECKETT, Personal Representative of the
Estate of LISA LOTHAMER,
        Defendant.
_____/

SC: 141473
COA: 291131
Jackson CC: 07-003127-CK

JOHN BECKETT, Personal Representative of the
Estate of LISA LOTHAMER,
        Plaintiff,

v

GMAC INSURANCE COMPANY,
        Defendant,

and

NATIONAL GENERAL INSURANCE
COMPANY,
        Defendant-Appellee,

and

HOME-OWNERS INSURANCE COMPANY,
        Defendant-Appellant.
_____/

SC: 141474
COA: 291132
Jackson CC: 07-003159-NF

On order of the Court, the motion for reconsideration of this Court's November 22, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

d0228